**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RONALD DOODNAUTH,

       *Petitioner*,

v.                                                         Case No. 3:26-cv-921-WWB-MCR

SCOTTY RHODEN, et al.,

       *Respondents*.

_____

## ORDER

THIS CAUSE is before the Court on Petitioner's Notice of Voluntary Dismissal (Doc. 5). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on April 30, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
Copies to:
Counsel of Record